FILED
CLERK, U.S. DISTRICT COURT
AUG -7 2008
CENTRAL DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> Lincoln Janes <br><br> Defendant. | Case No.: CR-03-838-GAF <br><br> ORDER OF DETENTION AFTER HEARING <br> [Fed.R.Crim.P. 32.1(a)(6); <br> 18 U.S.C. 3143(a)] |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___CDCal___ for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

    The Court finds that:

A.    (✓)    The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on ___no evidence submitted to sustain burden; nature of charges___

1
2
3
4 and/or
5 B. (✓) The defendant has not met his/her burden of establishing by
6 clear and convincing evidence that he/she is not likely to pose
7 a danger to the safety of any other person or the community if
8 released under 18 U.S.C. § 3142(b) or (c). This finding is based
9 on: _no evidence submitted to sustain burden;_
10 _nature of charges_
11
12
13
14 IT THEREFORE IS ORDERED that the defendant be detained pending
15 the further revocation proceedings.
16
17 Dated: _8/7/08_
18
19 _____
 RALPH ZAREFSKY
20 UNITED STATES MAGISTRATE JUDGE

2