FILED
CLERK, U.S. DISTRICT COURT
NOV - 2 2016
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. CR 03-838-DMG |
|---|---|
| Plaintiff, | ORDER OF DETENTION |
| v. | [Fed. R. Crim. P. 31.1(a)(6); 18 U.S.C. § 3143(a)(1)] |
| LINCOLN DOUGLAS JEANES, | |
| Defendant. | |

I.

On November 2, 2016, Defendant appeared before the Court for initial appearance on the petition and warrant for revocation of supervised release issued by this Court.

Defendant was represented by Deputy Federal Public Defender ("DFPD") Ashfaq Chowdhury specially appearing for DFPD Kim Salvo.

The Court has reviewed the Pretrial Services Report and its recommendation of detention, the allegations in the Violation Petition and the Government's Request for Detention.

## II.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release,

The Court finds that :

A.  ☒  Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

    ☒ Allegations in petition which include use of narcotics, possession of drug paraphernalia, and failure to report for substance abuse treatment as directed by the Court.

    ☒ limited background information and unknown residence history

    ☒ prior revocations of probation and history of non-compliance.

B. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

    ☒ extensive criminal history, including multiple felony violations

    ☒ history of substance abuse and non-compliance

    ☒ Subsequent drug arrest and conviction while on supervised release status.

### III.

IT IS THEREFORE ORDERED that the defendant be detained pending further proceedings.

Dated: November 2, 2016

/s/
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE