FILED
CLERK, U.S. DISTRICT COURT
FEB 14 2017
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> Lincoln Jeanes <br><br> Defendant. | Case No.: CR 03-838-DMG <br><br> ORDER OF DETENTION AFTER HEARING <br> [Fed. R. Crim. P. 32.1(a)(6); <br> 18 U.S.C. § 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central Dist/California for alleged violation(s) of the terms and conditions of (his)/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.  (X)  The defendant has not met (his)/her burden of establishing by clear and convincing evidence that (he)/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on  unknown recent background, no known bail

1  resources, multiple prior revocations, absconder status,
2  apparent history of substance abuse, criminal
3  activity while on supervision
4  and/or

5  B.  (X)  The defendant has not met (his)/her burden of establishing by
6       clear and convincing evidence that (he)/she is not likely to pose
7       a danger to the safety of any other person or the community if
8       released under 18 U.S.C. § 3142(b) or (c). This finding is based
9       on: criminal history

14       IT THEREFORE IS ORDERED that the defendant be detained pending
15  the further revocation proceedings.

17  Dated:  2/14/17                    /s/ Jean Rosenbluth
                                       JEAN ROSENBLUTH
18                                     U.S. MAGISTRATE JUDGE